AO 91 (Rev. 11/11)  Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

JUN 1 4 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>Calvin S. Williams<br>aka "Cadillac Hustle"<br><br>Defendant(s) | )<br>)<br>)  Case No. 16-mj-3046<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 1, 2015-December 15, 2015  in the county of  Sangamon  in the
Central  District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, United States Code, Section 1591(a)(1), (a)(2) & (b)(1) | Sex Trafficking Children or by Force |
| 18, United States Code, Section 2251(a) | Production of Child Pornography |
| 18, United States Code, Section 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |
| 18, United States Code, Section 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

s/David Harmon

_____
*Complainant's signature*

FBI Agent David Harmon
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/14/2016

s/Tom Schanzle-Haskins

_____
*Judge's signature*

City and state:  Springfield, Illinois  Tom Schanzle-Haskins, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| United States of America<br>v.<br>Calvin S. Williams | Case No. 16-mj-3046<br><br>**Filed Under Seal** |
|---|---|

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, David Harmon, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since November 3, 2002. I am currently assigned to the Springfield, Illinois, office.

2. This Affidavit is made in support of a Criminal Complaint charging the defendant, CALVIN S. WILLIAMS (WILLIAMS), alias CADILLAC HUSTLE, with sex trafficking of children in violation of 18 U.S.C. 1591, production of child pornography in violation of 18 U.S.C. 2251, and possession and distribution of child pornography in violation of 18 U.S.C. 2252 and 2252A.

3. This affidavit is based on, among other things, my personal knowledge, information from other law enforcement agents and officers, and information from persons with knowledge regarding relevant facts.

Because I am submitting this affidavit for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not necessarily included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

4. On September 17, 2015, the Illinois Department of Children and Family Services (DCFS) notified the FBI that a 16 year-old female, M.B., who was a runaway from a foster home in Pana, IL, may be involved in prostitution. DCFS provided a poster about M.B. produced by the National Center for Missing and Exploited Children (NCMEC).

5. M.B. had been placed in the Pana foster home by Camelot Care Center, which is a child welfare agency in Springfield. A Camelot Case Manager became aware of an account used by M.B. on Instagram, which is an online mobile social networking service that enables its users to share pictures, videos, and text. Images of M.B. in hotel rooms dressed in tight clothing and wearing makeup were posted on her Instagram account. There was also an image posted of a female hand holding several twenty dollar bills. An FBI Intelligence Analyst performed an online search and confirmed what the Camelot Case Manager reported.

6. On October 23, 2015, M.B. was located by Springfield Police during a traffic stop. She was a passenger in a vehicle driven by an 18

year old male who told police he was not aware that M.B. was a runaway. The driver was released. M.B. was returned to her foster home in Pana and ran away again on October 27, 2015.

7.  On November 12, 2015, I interviewed the driver of the vehicle from the October 23, 2015, traffic stop, who said he became acquainted with M.B. on Instagram. His family told him M.B. was a prostitute and showed him advertisements for her services on Backpage, which is a classified advertising website that offers a variety of listings, including escorts. He asked M.B. about it, and she admitted she was a prostitute. She told him a guy with the street name CADILLAC HUSTLE got her involved in prostitution in the summer of 2015 and acted as her pimp.

8.  On November 13, 2015, at approximately 2:00 a.m., M.B. was located by Mattoon Police and told a Detective she was in Mattoon for a call. She said she performed sexual services for a man, did not get paid, and did not have a ride back to Springfield. M.B. explained that she became a prostitute in the summer of 2015 after meeting a man with the street name CADILLAC HUSTLE. CADILLAC set up calls for her and kept a majority of the money. She stopped working for CADILLAC and was trying to make money as a prostitute on her own. She set up the call in Mattoon and a friend gave her a ride there.

9. M.B. remained at the Mattoon Police Department until she was released to a Camelot Case Manager at approximately 8:45 a.m. on November 13.

10. I interviewed M.B. beginning at approximately 2:15 p.m. on November 13, 2015, at Camelot Care Center in Springfield in the presence of two Camelot Case Managers. M.B. said she has run away from foster homes several times. This past summer she was staying with friends at a Motel 6 near Toronto Road in Springfield. Her friends were drunk and loud and the hotel manager told them to leave. M.B. was approached by a male, black, whose street name is SIN who said he could help them. SIN called another male, black, whose street name is CADILLAC HUSTLE. When CADILLAC later spoke with M.B., he said he could help her make money. M.B. said CADILLAC is about 35 years old, is about 6'4" tall, and has a tattoo on one of his arms that reads "CALVIN".

11. M.B. said CADILLAC HUSTLE got her involved in prostitution. CADILLAC paid for rooms and set up calls, charging clients $150 for 30 minutes and $250 for an hour. CADILLAC took $90 of $150 and $130 of $250. At some point, M.B. questioned CADILLAC about how much money he was taking, and CADILLAC hit her. After M.B. told CADILLAC she was afraid to leave him because she was only 16 years old and a runaway,

CADILLAC raped her. M.B. continued working for CADILLAC for awhile after that incident.

12. M.B. knew of other girls younger than 18 years old, including J.B. and B.S., who she believed worked as prostitutes for CADILLAC. She also provided a phone number (217-414-5793) that CADILLAC used when advertising girls on Backpage. An FBI Intelligence Analyst researched the number online and found a May 1, 2015, Backpage post with the title: "come have some exotic fun w/jess...". After jess there are two emojis, a dash, and the number 20. The body of the post begins with the following text: "Hey guys) I'm new in town and ready to please) I am fun and 100% experienced) I have a safe clean and descriet location) if you are looking for a sexy girl like me don't be shy pick up that phone and give me a call @ 2174145793)..." The advertised city is Springfield, IL. There are images provided with the post that appear to be young women in thong underwear.

13. On November 24, 2015, M.B. was interviewed at the Sangamon County Child Advocacy Center (CAC). A DCFS Case Worker, a Springfield Police Detective, and I watched the interview as it happened and received a recording of it afterward. M.B. provided essentially the same information in the CAC interview as she did in previous interviews described in this affidavit. Some information was further clarified.

14. In the CAC interview, M.B. said CADILLAC HUSTLE pretty much put her on Backpage without her knowledge. M.B. said she told CADILLAC she was 16 years old about two to two and a half months after she started working for him, and CADILLAC continued to post her on Backpage and act as her pimp. When M.B. told CADILLAC she was 16 years old, he said just before raping her: "Oh, you're 16; that's even better."

15. Springfield Police know CADILLAC HUSTLE to be CALVIN S. WILLIAMS, male, black, 6'3" tall, born on October 3, 1982. WILLIAMS' criminal history includes convictions for drugs, robbery, and larceny charges and an alert regarding gangster disciple gang activity. Immediately after the CAC interview, a Springfield Police Officer who is not involved in this investigation showed M.B. a photo array that included a photo of WILLIAMS. M.B. selected the photo of WILLIAMS as the person she knows to be CADILLAC HUSTLE.

16. On December 15, 2015, WILLIAMS was arrested by the Springfield Police pursuant to a Sangamon County warrant for aggravated assault. The arrest occurred during a traffic stop. WILLIAMS was the driver of the vehicle, and B.S. was a passenger. B.S. ran from the vehicle, was chased by a Police Officer, and was detained. B.S. was arrested pursuant to a Sangamon County juvenile warrant for an unrelated violation.

Family of B.S. had also reported her as missing to the Sangamon County Sheriff's Department. B.S. was transported to the Springfield Police Station, where she began vomiting. She was subsequently transported to Memorial Hospital for treatment.

17. Springfield Police Detective Jennifer Oglesby and I advised WILLIAMS of his rights, and he agreed to an interview without a lawyer present. During the interview, which was audio and video recorded, WILLIAMS said he is known as CADILLAC HUSTLE. He denied being involved in prostitution. WILLIAMS had three phones in his possession at the time of arrest. He said he used one of the phones and had purchased it from someone, but declined to say from whom. He refused to provide consent for investigators to search that phone. WILLIAMS said he did not know to whom the other two phones belonged and declined to provide consent to search the phones.

18. On December 17, 2015, I obtained a Search Warrant, signed by Tom Schanzle-Haskins, United States Magistrate Judge for the Central District of Illinois, for each of the three phones received from WILLIAMS on December 15, 2015. The phones' data were extracted, and I reviewed the data.

19. The phone WILLIAMS admitted to using was manufactured by Alcatel and is not a smart phone. The number listed under "My Phone Number" is "217 220 4056", which appears in several Backpage posts as a contact number in October and November 2015. There are 435 short message service (SMS) messages saved in the phone's inbox, which means the messages were received by WILLIAMS. There was only one SMS message saved in the phone's sent folder.

20. Several SMS messages in the phone's inbox are questions, such as "Hi what are your rates and limits?", "Nice ads by the way Do you wanna have fun or not?", and "Do u travel".

21. Several SMS messages in the phone's inbox indicate a conversation between the sender and WILLIAMS, such as the following messages that began on November 6, 2015, at 4:01 PM, from the phone number 618-304-0051:

> "Hey is this Jessica? Could you meet me at Bellville il walmart parking lot around 630 tonight?"
>
> "Yes this is Jessica or yea you can meet me? I'm really excited and can have your money for the half hour rate your looking for? 120 half hour and a great tip. What would you be willing to

do in my truck if I told you this was my first time? Honestly I'm 20 years old I'm just looking for some fun :)"

"Can you send me a pic of what you look like? I don't know anything about what I'm getting into"

"Ok should I text you round 6?"

22. Several personal messages from "mom", "j", and "K", in which the message senders refer to the receiver as "cadillac" or "caddy" are mixed in with messages about prostitution.

23. The other two phones received from WILLIAMS on December 15, 2015, were manufactured by LG CDMA and are both smart phones. One phone is an LS665 device, and the other is an LS770 device.

24. When the LS665 device is powered on, an image of WILLIAMS wearing a shirt that reads "CADILLAC HUSTLE" appears on the screen. SMS messages on this device include "My donations are 120 for half hour and 200 for full hour" and "Are you affiliated with any type of law enforcement". There are several messages about sexual services, including "GFE" (girl friend experience), "bare back bj" (oral sex), and "anal" sexual intercourse. Several messages include references to "in call" (client comes to prostitute's location) and "out call" (prostitute goes to client).

25. There are several SMS messages received by and sent from the LS665 device that seem to be personal and not related to prostitution. The personal messages from this device are frequently sent within seconds of messages sent about prostitution.

26. Several personal messages on the LS665 device are to and from the phone number 217-600-1655, which has been given the name "K" in the phone's contacts. Based on information in those messages, including messages regarding K's birthday, it is reasonable to conclude that K is KELSEY WILLIAMS, who WILLIAMS described as one of his "baby mamas" when interviewed on December 15, 2015. WILLIAMS and KELSEY WILLIAMS were not married, but have a daughter together.

27. Several SMS messages received by the LS665 device refer to the recipient as "cad", "caddy", and "Caddilac", indicating the user of the device is WILLIAMS.

28. Many images saved/stored on the LS665 device are pictures of B.S., J.B., and WILLIAMS. B.S. and WILLIAMS are together in some pictures. B.S. and J.B. are dressed in some pictures and undressed in others. There are several pictures of unidentified girls or young women, dressed and undressed.

29. Several multimedia messaging service (MMS) messages sent from the LS665 device transmitted images stored on the device to prostitution clients. Transmissions of the MMS messages correspond with conversations about prostitution found in the SMS messages. On November 21, 2015, for example, a partially nude image of J.B. was transmitted by MMS message from the LS665 device to 217-823-1610 after the user of 217-823-1610 sent this SMS message: "Can you text me something dirty".

30. When the LS770 device is powered on, an image of WILLIAMS, B.S., and J.B. together appears on the screen. The lock screen image is of WILLIAMS in a "CADILLAC HUSTLE" shirt. Information extracted from this device indicates its phone number is 217-816-1832. The LS665 device has 217-816-1832 named "Other Line" in its contacts list.

31. Most of the many SMS messages sent from and received by the LS770 device were about prostitution. There were several MMS messages sent from this device transmitting images of J.B. and B.S., dressed and undressed. On December 15, 2015, for example, a partially nude picture of J.B. was sent via MMS message from this device to phone number 217-313-5752. Also sent with the image was the message: "Police can't send this". Most of the images transmitted by MMS messages

11

correspond to SMS conversations regarding prostitution during which pictures are requested by clients.

32.   Many images saved/stored on this LS770 device are pictures of B.S., J.B., and WILLIAMS. Several pictures are of J.B. with and without clothes. Some pictures of B.S. are without clothes.

33.   The video recordings saved/stored on this LS770 device include recordings of B.S. and J.B. smoking marijuana or K2 (synthetic cannabis) with WILLIAMS in hotel rooms and recordings of B.S. performing oral sex on WILLIAMS. While B.S. performs oral sex on WILLIAMS in one recording, WILLIAMS tells J.B. to undress. J.B. undresses and kisses B.S.'s shoulders as B.S. continues to perform oral sex on WILLIAMS. WILLIAMS was holding the recording device during this recording.

34.   On December 18, 2015, Sangamon County Dispatch received a call from a person reporting he found a cell phone near the location where WILLIAMS and B.S. were arrested on December 15, 2015. The caller took the phone to his residence, charged it, and viewed some contents of the phone in an attempt to identify its owner. The caller saw images of a naked, young female and messages mentioning money, and he suspected the phone's owner may be involved in criminal activity, such as an escort service. A Springfield Police Officer responded to the caller's

residence and was shown an email message on the phone containing the name B.S. in the heading and containing an image of a naked, young, white female. The Officer took custody of the phone, performed a records check for B.S., and learned about the December 15, 2015, arrest of B.S. and WILLIAMS.

35. On December 28, 2015, B.S.'s mother left a voicemail message for a Detective Oglesby asking if B.S.'s phone was found. B.S.'s mother was contacted and said B.S. told her there was a video on B.S.'s phone of B.S., J.B., and WILLIAMS that B.S. feared could be used against WILLIAMS. B.S. told her mother she loves WILLIAMS.

36. On December 30, 2015, Detective Oglesby obtained a Search Warrant, signed by Matt Maurer, Judge of the Circuit Court of Sangamon County, State of Illinois, for the phone received by Springfield Police on December 18, 2015, which was an LG CDMA LS770 device. The phone's data were extracted and a video was discovered in which WILLIAMS was having sexual intercourse with B.S. and was directing the recording and displaying what appeared to be gang signs while looking at the recording device. WILLIAMS was charged with the State crime of Manufacturing Child Pornography and was arrested on December 31, 2015.

37. I reviewed the data extracted from this device and viewed multiple videos of WILLIAMS engaged in sexual intercourse with B.S. during which WILLIAMS looks at the recording device demonstrating his knowledge of the making of the recordings. As the recording device is moved around in some recordings, J.B. can be seen briefly.

38. On January 15, 2016, Google provided records associated with the email account merryjackit@gmail.com (merryjackit) pursuant to a Search Warrant signed by Judge Schanzle-Haskins. The merryjackit account was discovered in Backpage records obtained by subpoena for information related to the phone number 217-414-5793, which was provided by M.B., and other information identified by an FBI Intelligence Analyst. The merryjackit account was used to post several Backpage advertisements for prostitutes, listing contact phone numbers used by WILLIAMS. I reviewed the records provided by Google for the merryjackit account which included email messages to and from the account. Some messages from the account had pictures or videos attached.

39. From September 7, 2015, to October 11, 2015, at least four email messages from the merryjackit account to different email accounts on different days had attached pictures of J.B. nude. Three of the messages

had "Me" typed in the subject and body. The subject and body of the fourth message were blank.

40. On September 19, 2015, at least three email messages from merryjackit to the same email account had an attached picture of M.B. nude. In all of those messages the subject and body were "Me". From September 9, 2015, to September 14, 2015, at least four messages with attached pictures of M.B. were sent to different email accounts. One message had an attached picture of M.B. dressed. The other three messages had attached pictures of M.B. in underwear. Two of the four messages had "Me" as the subject and body. The subject and body of the other two messages were blank.

41. On September 12, 2015, at least one message was sent from merryjackit that had an attached picture of B.S. with a young boy who I believe to be WILLIAMS' son. The subject and body of the message were both "Me and my son". The email account to which this message and photo were sent was also the recipient of a message with an attached nude picture of J.B. on September 7, 2015, and a message with an attached picture of M.B. in underwear on September 12, 2015.

42.   There are several messages to and from the merryjackit account regarding prostitution. Topics in those messages include rates, times, and pictures.

43.   There are several messages received by merryjackit indicating the account was used predominantly, if not exclusively, by WILLIAMS. There is a message to Cadillac Hustle Click <merryjackit@gmail.com> from Facebook on November 12, 2013, stating "You're almost done with the sign-up process". A confirmation code is provided in the message. There is a message from Casualmilfs on February 6, 2014, stating ""You have successfully created an account on Casualmilfs." The username is "hustlepussy". There is a message on June 6, 2014, from Paypal to calvin Williams <merryjackit@gmail.com>. The subject was "Receipt for Your Payment to SoundClick Inc." In the body of the message were details about the song that was purchased.

44.   On April 11, 2015, two different pictures of a female I believe to be SHARON CRAYNE were received by the merryjackit account. WILLIAMS described CRAYNE as one of his "baby mamas" when interviewed on December 15, 2015. WILLIAMS and CRAYNE were not married, but have a son together. The pictures appear to be of CRAYNE in jail, dressed in jail clothes, and holding two jail phones up to her ears. One

of the pictures was attached to a message from the email account sharon.crayne13@gmail.com.

45.   On February 2, 2016, J.B. was interviewed at the Sangamon County CAC.  Two Springfield Police Detectives and I watched the interview as it happened and received a recording of it afterward.  J.B. said she worked as a prostitute in 2015 for a man who went by the name "CADDY".  J.B. said CADDY's first name is CALVIN, and she is pretty sure his last name is WILLIAMS.  J.B. said she met CADDY on her seventeenth birthday, and CADDY knew she was 17 years old.  J.B. said she knows B.S. and M.B. and believed they were also younger than 18 years old in 2015.  J.B. said before she started working as a prostitute for CADDY, she rode with CADDY and M.B. on a few calls that M.B. did.  J.B. provided many of the same details about CADDY (WILLIAMS) that M.B. provided, including WILLIAMS providing drugs, alcohol, and hotel rooms for girls that worked for him, WILLIAMS using Backpage to set up calls, WILLIAMS using pictures of the girls on Backpage and to send to clients, and WILLIAMS keeping at least half of the money the girls made through prostitution.

## CONCLUSION

46. Based on the above information, there is probable cause to believe that the offense of sex trafficking of children in violation of 18 U.S.C. 1591, the offense of production of child pornography in violation of 18 U.S.C. 2251, and the offenses of possession and distribution of child pornography in violation of 18 U.S.C. 2252 and 2252A have been committed by CALVIN S. WILLIAMS. I request that the Court issue the proposed criminal complaint and arrest warrant.

Respectfully submitted,

s/David Harmon

David Harmon, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on June 6, 2016

s/Tom Schanzle-Haskins

Thomas P. Schanzle-Haskins
United States Magistrate Judge